1 | CLARK COUNTY SCHOOL DISTRICT
2 | OFFICE OF THE GENERAL COUNSEL
    S. SCOTT GREENBERG, ESQ.
    Nevada Bar No. 4622
3 | 5100 W. Sahara Ave.
    Las Vegas, Nevada 89146
4 | (702) 799-5373
    Attorney for Defendant,
5 | CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARK EVAL, | CASE NO. 2:14-cv-01672-JCM-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S PUNITIVE DAMAGES REQUESTS** |
| v. | |
| CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT, | |
| Defendants. | |

   COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate to the dismissal of Plaintiff's requests for punitive damages as the parties agree that punitive damages are not recoverable against the District. The District agrees to withdraw its motion for reconsideration (Docket NO. 24) directed at this

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

issue.

THEREFORE, the parties request the Court enter an order dismissing any request for punitive damages in this action.

DATED this 27th day of March, 2015.

| CLARK COUNTY SCHOOL DISTRICT Office of the General Counsel | LAW OFFICES OF MICHAEL P. BALABAN |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant | By:/s/ Michael Balaban<br>MICHAEL BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>(702) 586-2964<br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

Date: April 1, 2015

_____
U.S. DISTRICT COURT JUDGE

- 2 -