```
 1  CLARK COUNTY SCHOOL DISTRICT
    OFFICE OF THE GENERAL COUNSEL
 2  S. SCOTT GREENBERG, ESQ.
    Nevada Bar No. 4622
 3  5100 W. Sahara Ave.
    Las Vegas, Nevada 89146
 4  (702) 799-5373
    Attorneys for Defendant CCSD
 5
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARK EVAL, | CASE NO.: |
|---|---|
| Plaintiff, | 2:14-cv-01672-JCM-NJK |
| v. | |
| CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** (First Request) |
| Defendant. | |

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to extend the deadline for filing dispositive motions forty-five (45) days up to and including November 5, 2014. The current motion deadline is September 21, 2015. This is the first request to extend the motion deadline.

Plaintiff's deposition was concluded on August 14, 2015. The transcript of Plaintiff's full deposition is necessary for any dispositive motions. This request is being filed to allow sufficient time for Plaintiff's final deposition transcript to be received by the parties prior to the motion deadline.

Therefore, it is respectfully requested that the motion deadline be extended up to and including November 5, 2015, and the date for the Joint Pretrial Order be extended to December 4, 2015;

however, in the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order the Court.

Dated this 26th day of August, 2015.

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF MICHAEL P. BALABAN |
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendants | By: /s/ Michael Balaban<br>MICHAEL BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>(702) 586-2964<br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

Dated: September 10, 2015

_____
U.S. Magistrate Judge

- 2 -