Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK EVAL,<br><br>           Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY SCHOOL DISTRICT,<br><br>           Defendant. | CASE NO. 2:14-cv-01672-JCM-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THE DATE DEFENDANT MUST REPLY TO PLAINTIFF'S RESPONSE<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff Mark Eval's opposition to Defendant Clark County School District's Motion for Summary Judgment filed on November 5, 2015, for which the opposition is currently due on November 29, 2015, will be continued to December 17, 2015.  Further since Defendant's counsel will be out of the office for the holidays during the last week in December, it is requested that Clark County School District's reply be due January 8, 2016.

1

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in and the fact that the current due date is right after the thanksgiving holiday. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's opposition but one request was granted to extend the deadline by which Defendant had to file their Motion for Summary Judgment.

LAW OFFICES OF MICHAEL P. BALABAN

  /s/ Michael P. Balaban, Esq.
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV  89141
Attorney for Plaintiff Mark Eval

CLARK COUNTY SCHOOL DISTRICT

  /s/ S. Scott Greenberg, Esq.
S. Scott Greenberg, Esq.
5100 West Sahara Avenue
Las Vegas, NV 89146
Attorney for Clark County School District

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 11/23/15