# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| MARK EVAL,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>　　　　　　Defendant(s). | Case No. 2:14-cv-01672-JCM-NJK<br><br>ORDER<br><br>(Docket No. 44) |

Pending before the Court is the parties' stipulation to extend the deadline to file their joint proposed pretrial order, Docket No. 44, which is hereby **GRANTED**. However, the new deadline that the parties proposed in their stipulation has expired, with no request to extend the deadline again and no filing of a joint proposed pretrial order. *See* Docket.

Accordingly, the Court **ORDERS** the parties to file a joint proposed pretrial order, no later than December 23, 2016.

IT IS SO ORDERED.

DATED: December 19, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge