1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

MARK EVAL,                                )          Case No. 2:14-cv-01672-JCM-NJK
11                                         )
                    Plaintiff(s),          )          ORDER
12                                         )
vs.                                        )          (Docket No. 46)
13                                         )
CLARK COUNTY SCHOOL DISTRICT,              )
14                                         )
                    Defendant(s).          )
15  _____    )

16          Pending before the Court is a stipulation to extend the deadline to file a joint proposed pretrial

17  order to January 31, 2017.  Docket No. 46.  For good cause shown, the stipulation is **GRANTED**.

18          IT IS SO ORDERED.

19          DATED:   December 23, 2016

20          _____
                    NANCY J. KOPPE
21                  United States Magistrate Judge

22

23

24

25

26

27

28